**No. 53316.**—Frederick Stearns & Company v. United States, protest 146614–K (New York).

Opinion by COLE, J. It was stipulated that the merchandise consists of ox gall the same in all material respects as the substance passed upon in *G. D. Searle & Co.* v. *United States* (21 Cust. Ct. 112, C. D. 1138). The claim for free entry under paragraph 1669 was therefore sustained.

BEFORE THE SECOND DIVISION, JUNE 22, 1949

**No. 53317.**—Colonial Bead Co., Inc. v. United States, protests 112158–K, etc. (New York).

Opinion by LAWRENCE, J. In accordance with stipulation of counsel that certain items of the merchandise consist of sisal handbags similar in all material respects to those the subject of *United States* v. *Goldberg & Seltzer, Inc.* (36 C. C. P. A. 64, C. A. D. 399), the claim of the plaintiff was sustained.

**No. 53318.**—Boutross Bros. et al. v. United States, protests 104771–K, etc. (New York).

Opinion by LAWRENCE, J. The protests were dismissed.

**No. 53319.**—R. H. Macy & Co., Inc. v. United States, protest 131479–K (New York).

Opinion by LAWRENCE, J. The protest was dismissed.

**No. 53320.**—Universal Transcontinental Corp. v. United States, protest 132911–K (A) (New York).

Opinion by LAWRENCE, J. The protest was dismissed.

**No. 53321.**—Arundell Clarke v. United States, protest 134313–K (New York).

Opinion by LAWRENCE, J. The protest was dismissed.

**No. 53322.**—Miller Harness Co. v. United States, protests 138467–K, etc. (New York).

Opinion by LAWRENCE, J. The protests were dismissed.

**No. 53323.**—Louis Marbe Cohn v. United States, protest 143529–K (New York).

Opinion by LAWRENCE, J. The protest was dismissed.